**FILED**

Jun 25 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> v. <br><br> EDSON S. ORTIZ, <br><br> Defendant. | Case No. 21-mj-71001-MAG-1 (SVK) <br><br> Charging District's Case No. <br> 4:21CR00367 SEP/NCC |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the Eastern District of Missouri

The defendant may need an interpreter for this language: N/A.

The defendant:    (X) will retain an attorney.

　　　　　　　　　( ) is requesting court-appointed counsel.

**IT IS ORDERED:** The Clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated:    June 25, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge